FRANÇOIS JARTROUX *v.* MICHEL DEBERGUE and others.

By the passage of the act of 28th March, 1840, chap. 117, abolishing imprisonment for debt, bail not previously fixed with the debt, were discharged.

APPEAL from the Parish Court of New Orleans, *Maurian, J.*
*Fourchy*, for the appellant.
*Schmidt*, for the defendants.

BULLARD, J. This is an appeal from an interlocutory judgment of the Parish Court, setting aside an order of arrest. The case has been pending in this court for six years; and in the meantime, the repeal of the law authorizing the issuing of the writ of *capias ad satisfaciendum,* has left the plaintiff without recourse upon the bail, even if we should reverse the judgment complained of, and reinstate the order of arrest.

*Appeal dismissed.*